**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

CARL A WESCOTT,

    Plaintiff,
v.

GLOBAL ACCELERATOR NETWORK, LLC,
a Delaware limited liability company;

PATRICK RILEY, an individual; and

LIZZIE CROUGH, an individual;

    Defendants.

---

**NOTICE OF REMOVAL**

---

Pursuant to 28 U.S.C. § 1332, 1441(a), and 1446, Defendant Global Accelerator Network, LLC ("GAN") hereby removes this case from the District Court of Denver County, Colorado to the United States District Court for the District of Colorado. In support of this Notice of Removal, GAN states as follows:

**Commencement and Service**

1. On December 18, 2020, Plaintiff Carl A. Wescott ("Plaintiff") commenced an action in the District Court of Denver County, Colorado against GAN, Patrick Riley, and Elizabeth ("Lizzie") Crough (collectively, "Defendants"). Plaintiff's Complaint, which has been assigned Case Number 2020CV538, asserts claims for breach of contract, promissory fraud, promissory

estoppel, negligent misrepresentation, intentional interference with contract, negligent interference with economic advantage, breach of the covenant of good faith and fair dealing, and violations of Colo. Rev. Stat. §§ 8-2-110 *et seq*.

2. Plaintiff appears to have served GAN and Ms. Crough in Denver on December 18, 2020 when an individual left copies of summonses for all Defendants and a copy of the complaint with GAN's Director of Customer Success, who supervises Ms. Crough, at GAN's place of business. To date, Plaintiff has not personally served Defendant Riley or otherwise accomplished effective service of process under C.R.C.P. 4 upon Defendant Riley. Plaintiff has not filed copies of any of the affidavits of service in the action pending before the District Court of Denver County, Colorado. Accordingly, Defendants reserve objections to service of process until such affidavits of service are filed.

3. This Notice of Removal is being filed within thirty days of service of the initial pleading upon the removing Defendant GAN, as required by 28 U.S.C. § 1446(b).

4. Each Defendant in this matter who has been served has consented to removal of the action to federal court.

**Grounds for Removal – Diversity Jurisdiction**

5. Federal district courts have original jurisdiction of all civil actions in which the matter in controversy exceeds $75,000 and there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a). Both of those elements exist here.

6. There is complete diversity of citizenship between the parties.

   a. Plaintiff. As evidenced by his Complaint, Plaintiff is a citizen of Arizona.

  b. Defendants.

    i. Defendant GAN is a Delaware limited liability company with its principal place of business in Denver, Colorado. All members of GAN are Colorado citizens.

    ii. Defendant Patrick Riley is an individual citizen residing in Colorado.

    iii. Defendant Elizabeth ("Lizzie") Crough is an individual citizen residing in Colorado.

7. No other companies or individuals have been named as defendants in this suit.

8. From the face of Plaintiff's Complaint, the amount in controversy exceeds $75,000.00 because Plaintiff seeks, among other relief, damages in excess of $100,000.00 (as indicated on Plaintiff's Civil Cover Sheet), plus exemplary damages. *See also* Complaint ¶¶ 100 ("losing the monies invested on plane tickets"), 101 ("the loss of potentially millions of dollars in consulting revenue and/or partnership with GAN accelerator funds, and/or consulting or job opportunities at startups"), and 120 ("a reasonable expectancy…for the earnings he would have made").

9. "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014). Once a defendant "reasonably believes that the jurisdictional prerequisites have been satisfied, it can properly seek removal." *Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1271 n.5 (10th Cir. 2016).

10. Because there is complete diversity of parties and the amount in controversy exceeds $75,000, this Court has jurisdiction over the causes of action and claims asserted by Plaintiff. *See* 28 U.S.C. § 1332. This action is therefore properly removable pursuant to 28 U.S.C. §1441(b).

11. The state court action was filed in Denver County, Colorado. It is therefore proper to remove this action to the United States District Court for the District of Colorado. See 28 U.S.C. § 1441(a).

**Notice**

12. Defendant will give notice of the filing of this Notice of Removal to all parties of record and the Clerk of the Court in the state action pursuant to 28 U.S.C. § 1446(d) by filing and serving a Notice of Filing Notice of Removal.

13. Copies of all state court pleadings and orders and the state court docket sheet are attached to this Notice of Removal. This case is removed from the District Court, Denver County, Colorado.

14. Pursuant to Rule 81.1 of the Local Civil Rules for the United States District Court for the District of Colorado, the following documents are attached to this Notice as correspondingly numbered exhibits:

    a. State Court docket sheet

    b. Complaint and Jury Demand with Exhibits

    c. District Court, Denver County, Colorado Civil (CV) Case Cover Sheet

    d. District Court, Denver County, Colorado Civil Summonses

    e. Delay Reduction Order

      f.   Notice of Entry of Appearance

WHEREFORE, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, Defendant GAN respectfully removes this action from the District Court of Denver County, Colorado, to this Court.

DATED:  January 7, 2021

                              Respectfully submitted,

                              By: */s/ Carolyn Juarez*
                              Carolyn Juarez

                              Neugeboren O'Dowd PC
                              1227 Spruce St., Ste. 200
                              Boulder, CO  80302
                              T: (720) 536-4900
                              F: (720) 536-4910
                              Email:  carolyn@nodiplaw.com

                              ATTORNEYS FOR DEFENDANT
                              GLOBAL ACCELERATOR NETWORK, LLC

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 7, 2021, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed with the Clerk of Court using the CM/ECF system with a copy mailed via USPS and e-mailed to the following:

Carl A. Wescott
8210 E. via de la Escuela
Scottsdale, AZ  85258
carlwsoj@gmail.com

                                                                                 */s/ Carolyn Juarez*
                                                                                 Carolyn Juarez