# EXHIBIT 1

## Register of Actions

| | Filed by Plaintiff/Petitioner | **Case Number:** 2020CV000583 | **Division:** 269 |
| --- | --- | --- | --- |
| | Filed by Defendant/Respondent | **Case Type:** Breach of Contract | **Judicial Officer:** Michael Vallejos |
| | Filed by Court | **Case Caption:** Wescott, Carl A v. Global Accelerator Network LLC et al | **Court Location:** Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
| --- | --- | --- | --- | --- | --- | --- | --- |
| D2456DC470DD7 | 01/06/2021 10:59 AM | Carolyn Valerie Juarez | Neugeboren ODowd PC | Patrick Riley, Lizzie Crough (more) | Entry of Appearance | Notice of Entry of Appearance | Public |
| N/A (Details) | 12/21/2020 1:39 PM | Michael Vallejos | Denver County - District | N/A | Order | Delay Reduction Order | Public |
| N/A (Details) | 12/18/2020 | Genevieve Rotella | Denver County - District | N/A | Summons | DISTRICT COURT CIVIL SUMMONS (ISSUED) TO PATRICK RILEY | Public |
| N/A (Details) | 12/18/2020 | Genevieve Rotella | Denver County - District | N/A | Summons | DISTRICT COURT CIVIL SUMMONS (ISSUED) - LIZZIE CROUGH | Public |
| N/A (Details) | 12/18/2020 | Genevieve Rotella | Denver County - District | N/A | Summons | DISTRICT COURT CIVIL SUMMONS (ISSUED) - GLOBAL ACCELERATOR NETWORK LLC | Public |
| N/A (Details) | 12/18/2020 | N/A | N/A | Carl A Wescott | Civil Case Cover Sheet | DISTRICT COURT CIVIL CASE COVER SHEET | Public |
| N/A (Details) | 12/18/2020 | N/A | N/A | Carl A Wescott | Exhibit - Attach to Pleading/Doc | ATTACHMENT TO PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT; PROMISSORY FRAUD; PROMISSORY ESTOPPEL; NEGLIGENT MISREPRESENTATION; NEGLIGENT INTERFERENCE WITH ECONOMIC ADVANTAGE; BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING; AND BLACKBALLING (VIOLATIONS OF COLORADO REVISED STATUTES | Protected |
| N/A (Details) | 12/18/2020 | N/A | N/A | Carl A Wescott | Complaint | PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT; PROMISSORY FRAUD; PROMISSORY ESTOPPEL; NEGLIGENT MISREPRESENTATION; NEGLIGENT INTERFERENCE WITH ECONOMIC ADVANTAGE; BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING; AND BLACKBALLING (VIOLATIONS OF COLORADO REVISED STATUTES w/ ATTACH | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
| --- | --- | --- | --- |
| Carl A Wescott | Plaintiff | Active | N/A |
| Global Accelerator Network Llc | Defendant | Active | CAROLYN VALERIE JUAREZ (Neugeboren ODowd PC) |
| Lizzie Crough | Defendant | Active | CAROLYN VALERIE JUAREZ (Neugeboren ODowd PC) |
| Patrick Riley | Defendant | Active | CAROLYN VALERIE JUAREZ (Neugeboren ODowd PC) |