# EXHIBIT 3

☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**



FILED IN DENVER DISTRICT COURT DENVER, COLORADO
20 DEC 18 AM 11:35
DATE FILED: December 18, 2020
CASE NUMBER: 2020CV583

| District Court Denver County, Colorado<br>Court Address: 1437 Bannock Street Suite 256<br>Denver, CO | |
|---|---|
| Plaintiff(s): Carl A. Wescott<br>v.<br>Defendant(s): Patrick Riley, Lizzie Crough, and Global Accelerator Network, LLC | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Carl A. Wescott, 8210 E. via de la Escuela, Scottsdale AZ 85258<br><br>Phone Number: +971 4 336 6000   E-mail: carlwsoj@gmail.com<br>FAX Number:                          Atty. Reg. #:  n/a | Case Number:<br><br>20CV583 |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   __ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ✓ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

   > By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

   **Or**

    __ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ✓ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

**Date: Friday December 18th, 2020**

                                                       **Signature of Party or Attorney for Party**

**NOTICE**

This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.