# EXHIBIT 6

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>1437 Bannock Street<br>Denver, CO 80202<br><br>**Plaintiff:**<br><br>CARL A. WESCOTT<br><br>v.<br><br>**Defendants:**<br><br>GLOBAL ACCELERATOR NETWORK, LLC, a Delaware limited liability company;<br><br>PATRICK RILEY, an individual; and<br><br>LIZZIE CROUGH, an individual. | DATE FILED: January 6, 2021 10:59 AM<br>FILING ID: D2456DC470DD7<br>CASE NUMBER: 2020CV583<br><br><br><br>▲ **COURT USE ONLY** ▲ |
| Attorneys for Defendants:<br><br>Name:  Carolyn Juarez (Reg. No. 36050)<br>         NEUGEBOREN O'DOWD PC<br><br>Address:  1227 Spruce St. Ste. 200<br>           Boulder, CO 80302<br><br>Phone Number:    (720) 536-4900<br>Fax Number:      (720) 536-4910<br>Email Address:   carolyn@nodiplaw.com | Case Number: 20CV583<br><br>Div.: 269<br>Ctrm: |
| **NOTICE OF ENTRY OF APPEARANCE** | |

Carolyn Juarez, of the law firm Neugeboren O'Dowd PC, 1227 Spruce St., Ste. 200, Boulder, CO 80302, hereby enters her appearance on behalf of Defendants Global Accelerator Network, LLC, Patrick Riley, and Elizabeth ("Lizzie") Crough. All correspondence, pleadings, and other documents should be sent to Ms. Juarez's attention.

DATED this 6th day of January 2021.

        **NEUGEBOREN O'DOWD PC**

*The original signature is on file at Neugeboren O'Dowd PC*

By: /s/ *Carolyn Juarez*
    Carolyn Juarez (Reg. No. 36050)
    NEUGEBOREN O'DOWD PC
    1227 Spruce St., Ste. 200
    Boulder, CO  80302

    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE has been filed with the Clerk of Court via Colorado E-Filing with a copy served upon the following:

Carl A. Wescott

    /s/ Carolyn Juarez
    Carolyn Juarez