## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-40-NYW

CARL A WESCOTT,

    Plaintiff,

v.

GLOBAL ACCELERATOR NETWORK, LLC,
a Delaware limited liability company;

PATRICK RILEY, an individual; and

LIZZIE CROUGH, an individual;

    Defendants.

---

## DECLARATION OF CAROLYN JUAREZ

---

I, Carolyn Juarez, declare as follows:

1.    I am an attorney at law, licensed in the State of Colorado (State Bar No. 36050) and a member in good standing of the bar of this Court. I am Counsel with Neugeboren O'Dowd P.C., attorneys for Defendants Global Accelerator Network, LLC, Patrick Riley, and Lizzie Crough (together, "Defendants"). I make this declaration in support of Defendants' Response in Opposition to Plaintiff's Motion to Amend His Legal Complaint.

2.    I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3. Attached as **<u>Exhibit 1</u>** is a true and correct copy of an email chain consisting of an email sent from Plaintiff to me and received on Sunday, February 7, 2021 at 6:51 p.m., and my reply email sent on Monday, February 8, 2021 at 12:10 p.m.

4. Attached as **<u>Exhibit 2</u>** is a true and correct copy of an email sent from Plaintiff to me and received on Monday, February 8, 2021 at 1:33 a.m.

I declare under penalty of perjury under the laws of the United States that I have read the foregoing declaration and that it is true, correct, and based upon my personal knowledge.

DATED: March 3, 2021                     _/s/ Carolyn Juarez_____

                                                                Carolyn Juarez