# EXHIBIT 1

## Carolyn Juarez

| | |
|---|---|
| **From:** | Carolyn Juarez |
| **Sent:** | Monday, February 8, 2021 12:10 PM |
| **To:** | 'Carl Wescott' |
| **Subject:** | RE: amending my legal complaint |

Mr. Wescott-

Defendants oppose your requested amendment of the Complaint.

Best regards-
Carolyn

Neugeboren O'Dowd PC
720.536.4904 (d)
carolyn@nodiplaw.com


**From:** Carl Wescott <carlwsoj@gmail.com>
**Sent:** Sunday, February 7, 2021 6:51 PM
**To:** Carolyn Juarez <Carolyn@nodiplaw.com>; Carl Wescott <carlwsoj@gmail.com>
**Subject:** amending my legal complaint

Ms. Juarez,

Now that I've read your moving papers on the Rule 12(b)(6) motion for dismissal, fyi I'm going to seek to amend my complaint, for a few reasons:

* I concur with you that there are deficiencies in the complaint.  (I'm confident I can cure the defects)
* The complaint was drafted for state court and also needs some changes to conform to the standards of your desired venue of US District Court.
* In the further interests of clarity and judicial efficiency.

Based on your emphatic position in your moving papers that my complaint must be dismissed with prejudice and without leave to amend, I doubt you will support my desire to amend, but I'll ask anyway:

Will you consent (on behalf of your clients) to my so amending under FRCP Rule 15(a)(2)?

I would have it done, with the proposed amendment and a redlined version served by February 22nd, or 14 days from now.

--CAW   +1 936 937 2688