# EXHIBIT 2

# Carolyn Juarez

| | |
|---|---|
| **From:** | Carl Wescott <carlwsoj@gmail.com> |
| **Sent:** | Monday, February 8, 2021 1:33 AM |
| **To:** | Carolyn Juarez |
| **Subject:** | Plaintiff's Motion for Leave to Amend Complaint under FRCP Rule 15(a) |
| **Attachments:** | Scanned from a Xerox Multifunction Printer.pdf |

Ms. Juarez,

This is en route to you and will also have a Monday postmark (when picked up/stamped) for the physical service via third-party first-class mail; this is your digital courtesy copy.

--CAW  +1 936 937 2688

1